# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ROBERT L. WIRTZ, JR.,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIV-22-121-RAW-KEW |
| ) | |
| **JIM FARRIS, Warden,** ) | |
| ) | |
| Respondent. ) | |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Oklahoma County**, Oklahoma, which is located within the territorial jurisdiction of the **Western District of Oklahoma**. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred to the Western District of Oklahoma** for all further proceedings.

Dated this 28th day of June, 2022.

Ronald A. White
United States District Judge
Eastern District of Oklahoma